A. Gelabert & Co., S. en C., Demandante y Apelante, *v.* Morales et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Ponce en pleito sobre constitución de garantía.

No. 2203.—Resuelto en junio 11, 1920.

Ordenes Inapelables—Embargo.—Una orden por la cual se manda ejecutar una orden anterior que anulaba un embargo y disponía el levantamiento del mismo no es apelable.

Los hechos están expresados en la opinión.

Abogados de la apelante: Sres. L. Tormes y H. Tormes.

Abogado de los apelados: Sr. J. Tous Soto.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

A instancia del demandante en este caso la Corte de Distrito de Ponce decretó el embargo de bienes de los demandados para asegurar la efectividad de la sentencia que pudiera recaer en el pleito, llevándose a efecto el embargo en bienes del demandado Eladio Burgos. Pidió éste a la corte que dejara sin efecto la orden de embargo que había decretado y así lo resolvió la corte en 30 de abril de 1919 ordenando además el levantamiento del embargo trabado. Un mes después, en cinco de mayo siguiente, Eladio Burgos presentó moción a la corte alegando que siendo ejecutoria la orden de 30 de abril anterior levantando el embargo se librase mandamiento al márshal para su cumplimiento, moción que la corte resolvió favorablemente y contra la cual interpuso el demandante este recurso de apelación.

La parte apelada no ha suscitado la cuestión de nuestra jurisdicción para resolver esta apelación pero, esto no obstante, debemos considerarla *motu* propio.

Entendemos que la orden contra la cual se ha interpuesto este recurso no es apelable porque no se halla comprendida en ninguno de los casos del artículo 295 del Código de Enjuiciamiento Civil, pues no anula el embargo que se había

decretado sino que se limita a disponer el cumplimiento de la orden anterior de 30 de abril de 1919 que fué la que anuló y dejó sin efecto la orden de embargo que se había dictado en este pleito. La resolución de 30 de abril de 1919 sí era apelable porque anulaba y dejaba sin efecto la orden de embargo, pero no puede ser revisada ahora al ser apelada la orden que solamente dispuso su cumplimiento. De aceptarse el camino seguido por el apelante en este caso cualquier sentencia firme dictada en un pleito podría ser revisada en apelación interpuesta posteriormente contra la orden que se limita a disponer su ejecución.

Por las razones expuestas, la apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Hutchison.

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.